IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JIMMY DAVIS                                                      PLAINTIFF

vs.                                         CIVIL ACTION NO. 4:07cv118-JCS

DALE CASKEY and
UNKNOWN GRAHAM                                      DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed with prejudice pursuant to 28 U.S.C. § 1917(e)(2)(B)(i).

SO ORDERED AND ADJUDGED, this the 22nd day of May, 2009.

                                                            /s/ James C. Sumner
                                                            UNITED STATES MAGISTRATE JUDGE